SELECT LAUNDRY CO., INC., Appellant, v. MAX STEINBERG, Respondent.— Order denying motion to continue injunction *pendente lite* affirmed, with ten

* For decision rendered upon reargument, see *post*, 786.— [REP.

dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.